IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MONTY L. COOPER, JR.                                                    PLAINTIFF

VS.                            CASE NO. 4:07CV01117

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                 DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS

CONSIDERED, ORDERED and ADJUDGED that the final determination of the

Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 16th day of March, 2009.

_____
UNITED STATES MAGISTRATE JUDGE